Form 149 − ntcvaco

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  16−21872−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Joseph Anthony Arnau                                  Yolanda G. Arnau
   47 Carnaby Close                                      47 Carnaby Close
   Freehold, NJ 07728                                    Freehold, NJ 07728

Social Security No.:
   xxx−xx−0438                                           xxx−xx−1931

Employer's Tax I.D. No.:

## NOTICE OF ORDER VACATING
## AN ORDER OF DISMISSAL

NOTICE IS HEREBY GIVEN that Order Dismissing the above−captioned Case which was entered on 9/12/2019 has been vacated effective 9/17/2019.

Dated: September 17, 2019
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-21872-MBK
Joseph Anthony Arnau                                                  Chapter 13
Yolanda G. Arnau
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Sep 17, 2019
                              Form ID: 149             Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
db/jdb         +Joseph Anthony Arnau,    Yolanda G. Arnau,    47 Carnaby Close,    Freehold, NJ 07728-3805
cr             +Fay Servicing, LLC,    Friedman Vartolo LLP,    85 Broad Street,    Suite 501,
                 New York, NY 10004-1734
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
516242957      +A-1,   101 Grovers Mill Rd,    Lawrence Township, NJ 08648-4706
516242959      +ACCU Reference Medical Lab,    1901 East Linden Avenue,    Suite 4,    Linden, NJ 07036-1195
516242960      +Barclays Bank Delaware,    Po Box 8803,   Wilmington, DE 19899-8803
516242962      +Brielle Orthopaedics PA,    457 Jack Martin Boulevard,    Brick, NJ 08724-7776
516242965      +Centra State Medical Center,    901 West Main Street,    Freehold, NJ 07728-2549
516242966      +Chase Auto,    Po Box 901003,   Ft Worth, TX 76101-2003
516242968      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
516242969     #+Freehold MR Associates,    PO Box 6596,   Freehold, NJ 07728-6596
516242970      +Freehold Opthamology LLC,    509 Stillwells Corner Road,    Suite 5,    Freehold, NJ 07728-2965
516470404       JPMorgan Chase Bank N.A. National,    Bankruptcy Department,    P.O. Box 29505 AZ1-1191,
                 Phoenix, AZ 85038-9505
516467598       JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                 Ft. Worth, TX 76101-2032
516242971       Joe Baldino,   2 David Court,    Jackson, NJ 08527
516242973      +Mid Atlantic Diabetes,    555 Iron Bridge Road,    STE 18,   Freehold, NJ 07728-2975
516242974      +Ocean Eye Institute & Surgery Center,    601 Route 37 West,    Toms River, NJ 08755-8050
516242975      +Phelan Hallinan Diamnd & Jones, PV,    400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
516242976      +Speciality Anesthesia Associates,    167 Avenue at the Common,    STE 4,
                 Shrewsbury, NJ 07702-4557
516242977      +Surgical Pathology Associates,    207 Georgetown Wrightstown Road,    Wrightstown, NJ 08562-2520
517078402      +TOWNSHIP OF HOWELL SEWER,    PO BOX 580/4567 RTE 9 NORTH, 2ND FL.,    HOWELL, NJ 07731-0580
516427821       Wells Fargo Bank, N.A.,    C/O Wells Fargo Bank, N.A.,as servicer,
                 Default Document Processing N9286-01Y,    1000 Blue Gentian Road,    Eagan, MN 55121-7700
516242978      +Wells Fargo Bank, N.A.,    101 North Phillips Avenue,    Sioux Falls, SD 57104-6714
517615004       Wilmington Trust, National Association,    Fay Servicing, LLC,    PO Box 814609,
                 Dallas, TX 75381-4609
517615005       Wilmington Trust, National Association,    PO Box 814609,    Dallas, TX 75381-4609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 17 2019 23:27:47       U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 17 2019 23:27:43      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: taxcollections@twp.howell.nj.us Sep 17 2019 23:28:24       Township of Howell,
                 4567 U.S. Highway 9 North,    Howell, NJ 07731-3382
516242961      +E-mail/Text: EBN_Greensburg@Receivemorermp.com Sep 17 2019 23:28:36       Berks Credit & Coll,
                 900 Corporate Dr,   Reading, PA 19605-3340
516242964       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2019 23:25:07
                 Capital One Bank Usa N,   15000 Capital One Dr,    Richmond, VA 23238
516242963      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2019 23:24:30       Capital One,
                 Pob 30281,   Salt Lake City, UT 84130-0281
516316000       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2019 23:25:07
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
516242967      +E-mail/PDF: creditonebknotifications@resurgent.com Sep 17 2019 23:24:05       Credit One Bank Na,
                 Po Box 98875,   Las Vegas, NV 89193-8875
516407127       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2019 23:24:43
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
516407765       E-mail/Text: bkr@cardworks.com Sep 17 2019 23:26:42      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
516242972      +E-mail/Text: bkr@cardworks.com Sep 17 2019 23:26:42      Merrick Bank,   Po Box 9201,
                 Old Bethpage, NY 11804-9001
516480432       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2019 23:48:20
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,   POB 41067,   Norfolk VA 23541
516452573      +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 17 2019 23:27:59       Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-7999
516265829       E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2019 23:24:59       Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516242979      +E-mail/Text: collect@williamsalexander.com Sep 17 2019 23:27:18
                 Williams Alexander & Associates,    PO Box 2148,   Wayne, NJ 07474-2148
516242980      +E-mail/Text: collect@williamsalexander.com Sep 17 2019 23:27:18       Williams/Alexander & A,
                 1479 Route 23 South,   Wayne, NJ 07470-7507
                                                                                               TOTAL: 16

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Sep 17, 2019
                              Form ID: 149             Total Noticed: 41
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516242958*     +A-1,   101 Grovers Mill Rd,   Lawrence Township, NJ 08648-4706
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, N.A. jpshay@mdwcg.com,
               jpshay@gmail.com
              Jonathan C. Schwalb    on behalf of Creditor    Fay Servicing, LLC bankruptcy@friedmanvartolo.com
              Michael Leonard Detzky    on behalf of Joint Debtor Yolanda G. Arnau mldetzky@hotmail.com,
               r40042@notify.bestcase.com
              Michael Leonard Detzky    on behalf of Debtor Joseph Anthony Arnau mldetzky@hotmail.com,
               r40042@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2016-1. rsolarz@kmllawgroup.com
              Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              Timothy  McNichols    on behalf of Creditor    Township of Howell Tmcnichols@dmmlawfirm.com
                                                                                             TOTAL: 10
```