**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
CN 4853
Trenton, New Jersey 08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:

**JOSEPH ANTHONY ARNAU**

**YOLANDA G. ARNAU**

**Debtor**

**Order Filed on September 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-21872

Judge Michael B. Kaplan

# ORDER VACATING ORDER DISMISSING CASE

The relief set forth on the following pages, numbered two (2), is ORDERED.

**DATED: September 17, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Whereas** this matter came before the Court on Trustee's Certification of Default for plan arrears with an objection deadline of 9/11/19; and, Debtor having filed an objection on 9/10/19; and, the Court having entered a dismissal order on 9/12/19; and, debtors having posted payments to cure arrears on 9/13/19; and for good cause, it is hereby

**ORDERED** that the order of dismissal in the above-entitled Chapter 13 be and is hereby vacated, and the Chapter 13 proceeding is hereby reinstated.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                        Case No. 16-21872-MBK
Joseph Anthony Arnau                                                                          Chapter 13
Yolanda G. Arnau
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1              Date Rcvd: Sep 17, 2019
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2019.
db/jdb         +Joseph Anthony Arnau,   Yolanda G. Arnau,   47 Carnaby Close,   Freehold, NJ 07728-3805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, N.A. jpshay@mdwcg.com,
               jpshay@gmail.com
              Jonathan C. Schwalb    on behalf of Creditor    Fay Servicing, LLC bankruptcy@friedmanvartolo.com
              Michael Leonard Detzky    on behalf of Joint Debtor Yolanda G. Arnau mldetzky@hotmail.com,
               r40042@notify.bestcase.com
              Michael Leonard Detzky    on behalf of Debtor Joseph Anthony Arnau mldetzky@hotmail.com,
               r40042@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2016-1. rsolarz@kmllawgroup.com
              Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              Timothy  McNichols    on behalf of Creditor    Township of Howell Tmcnichols@dmmlawfirm.com
                                                                                               TOTAL: 10