| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>CN 4853<br>Trenton, NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | **Order Filed on February 20, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>Joseph Anthony Arnau<br>Yolanda G. Arnau<br><br><br><br>Debtor(s) | Case No.: 16-21872 / MBK<br><br>Chapter 13<br><br>Hearing Date: 2/18/2020  at 9:00 AM<br><br>Judge: Michael B. Kaplan |

### CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 20, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

*rev. 5/8/2017*

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph Anthony Arnau  
Yolanda G. Arnau  
     Debtors

Case No. 16-21872-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 20, 2020  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2020.  
db/jdb        +Joseph Anthony Arnau,    Yolanda G. Arnau,    47 Carnaby Close,    Freehold, NJ 07728-3805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2020 at the address(es) listed below:

       Albert    Russo     docs@russotrustee.com  
       Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com  
       Andrew L. Spivack     on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
       James Patrick Shay     on behalf of Creditor     WELLS FARGO BANK, N.A. shay@bbs-law.com,  
        jpshay@gmail.com  
       Jonathan C. Schwalb     on behalf of Creditor    Fay Servicing, LLC bankruptcy@friedmanvartolo.com  
       Michael Leonard Detzky     on behalf of Joint Debtor Yolanda G. Arnau mldetzky@hotmail.com,  
        r40042@notify.bestcase.com  
       Michael Leonard Detzky     on behalf of Debtor Joseph Anthony Arnau mldetzky@hotmail.com,  
        r40042@notify.bestcase.com  
       Rebecca Ann Solarz     on behalf of Creditor    Wilmington Trust, National Association, not in its  
        individual capacity, but solely as trustee for MFRA Trust 2016-1. rsolarz@kmllawgroup.com  
       Sherri Jennifer Smith     on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com,  
        nj.bkecf@fedphe.com  
       Timothy    McNichols     on behalf of Creditor    Township of Howell Tmcnichols@dmmlawfirm.com  
                                                                      TOTAL: 10